UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-08791-MAA | Date | March 20, 2023 |
|---|---|---|---|
| Title | Jardine Gougis v. Shirley Chen, et al. | | |

| Present: The Honorable | Maria A. Audero |
|---|---|

| Narissa Estrada | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE: DISMISSAL OF UNSERVED CIVIL ACTION**

      Plaintiff filed this civil action on December 5, 2022. The case was randomly assigned to Magistrate Judge Maria A. Audero through the Court's Magistrate Judge Direct Assignment Program.

      Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve process in this action within ninety (90) days after commencement of the action, or by March 5, 2023. *See* Fed. R. Civ. P. 4(m). On January 20, 2023, the Court issued an order requiring Plaintiff to submit a Status Report regarding the status of service. (ECF No. 7.) On February 13, 2023, Plaintiff submitted a Status Report advising the Court that Plaintiff had not yet received a proof of service from the process server retained to serve Defendant and that Plaintiff would "continue to ensure that Defendant is served as soon as possible." (ECF No. 10.) However, according to the Court's review of the docket, no proof of service has been filed in the action yet, and no defendant has appeared in the action to date.

      Accordingly, Plaintiff hereby is **ORDERED** to show cause why the action should not be returned to the civil wheel for reassignment to a District Judge with a recommendation that it be dismissed for failure to prosecute. Plaintiff's response to this order is due by **no later than April 19, 2023**.

      **Plaintiff is cautioned that failure to serve the Complaint and/or failure to respond to this Order could result in a recommendation to a District Judge that this matter be dismissed for failure to prosecute and/or failure to comply with court orders.**

      It is so ordered.